July 10, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

## NO. 15-25-00035-CV

---

STEVEN J. STRINGFELLOW, Appellant

V.

TEXAS COMPTROLLER JUDICIARY SECTION, Appellee

———————————————

This cause, an appeal from the judgment in favor of appellee, Texas Comptroller Judiciary Section, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

Since appellant, Steven J. Stringfellow, is indigent, we assess no costs were incurred in this appeal.

We further order this decision certified below for observance.


Judgment Rendered July 10, 2025.


Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.